UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20908-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TORBEN KNUDSEN,

        Defendant.
_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture, pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the docket in this matter and for a good cause shown thereby, the Court hereby finds that:

1. On January 17, 2008, this Court entered a Preliminary Order of Forfeiture [DE # 83], condemning and forfeiting the interest of defendant TORBEN KNUDSEN in approximately $112,078.83 in United States currency to the United States of America, pursuant to Title 31, United States Code, Section 5317)(c)(1) and Title 21, United States Code, Section 853.

2. On January 25, 2008, a notice of the order forfeiting the property identified in the Preliminary Order of Forfeiture was published in the Miami Daily Business Review, a newspaper of general circulation, and the Proof of Publication was filed with the Clerk of this Court on January 30, 2008 [DE# 85].

3. A Notice of Criminal Forfeiture was posted on an official government internet site for at least thirty consecutive days, beginning on February 2, 2008, and the Declaration of Publication for this notice was filed with the Clerk of this Court on March 13, 2008 [DE# 107].

4. In addition, on or about February 11, 2008, the United States sent written notice, by certified mail, to all known persons/entities who might have an interest in the forfeited property, as follows: Tom Sondergaard, c/o Joseph Steven Rosenbaum, Esq.; and Richard Scharfenberg, c/o Jayne Claire Weintraub, Esq.

5. The published notice and/or written notices stated the intent of the United States to forfeit all right, title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with Title 21, United States Code, Section 853(n), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

6. The time period for filing petitions has expired.

7. No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

ACCORDINGLY, pursuant to Title 31, United States Code, Section 5317(c)(1) and Title 21, United States Code, Section 853(n) and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that all right, title and interest in approximately **$112,078.83 in United States currency** is hereby forfeited to and clear title vested in the United States of America.

It is further **ORDERED** that the United States Customs and Border Protection, or any other duly authorized law enforcement official, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED, this 7th day of April 2008, in Chambers, at Miami, Florida.

                                                                                              */s/ Patricia A. Seitz*
                                                                                              PATRICIA A. SEITZ
                                                                                              UNITED STATES DISTRICT JUDGE

cc: AUSA Arimentha R. Walkins (2 certified copies)